

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-18-00889-CR & 04-18-00890-CR

Sergio **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10879, 2015CR100880
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

After appellant was convicted, the trial court appointed Jerry Valdez Jr. as appellate counsel. Appellant's brief was due March 29, 2019, but was not filed. After Mr. Valdez failed to respond to our Rule 38.8 notice, we ordered him to file appellant's brief in this court on or before May 20, 2019. Mr. Valdez filed in the trial court a motion to withdraw in which he stated he was appointed by mistake and that he does not engage in appellate work. On April 24, 2019, the trial court granted Mr. Valdez's motion to withdraw. The trial court appointed Frank D. Sandoval Jr. to represent appellant in this appeal. On May 2, 2019, the district clerk filed in this court a supplemental clerk's record containing the order granting the motion to withdraw and documentation showing the appointment of Mr. Sandoval as appellate counsel.

Based on the foregoing, we **ORDER** Mr. Sandoval to file appellant's brief in this court on or before **June 5, 2019**.

We **order** the clerk of this court to serve a copy of this order on Jerry Valdez Jr., Frank D. Sandoval Jr., appellant, and counsel for the State.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court